Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PORTFOLIO RECOVERY ASSOCIATES, LLC, Respondent, v JARED KING, Appellant.

Submitted January 1, 2010; decided February 11, 2010

Motion by AARP et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

ALEJANDRO ROSA, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 28, 2009; decided February 11, 2010

Motion for reargument denied [see 13 NY3d 856 (2009)].

In the Matter of ROBERT T. STEWART, a Candidate for the Public Office of Chautauqua County Legislator, Seventh Legislative District, Respondent, v CHAUTAUQUA COUNTY BOARD OF ELECTIONS et al., Respondents, and LEON H. BEIGHTOL et al., Appellants.

In the Matter of LEON H. BEIGHTOL, a Candidate for the Public Office of Chautauqua County Legislator, Seventh Legislative District, Appellant, v CHAUTAUQUA COUNTY BOARD OF ELECTIONS et al., Respondents, and NORMAN P. GREEN, Appellant.

In the Matter of LEON H. BEIGHTOL, a Candidate for the Public Office of Chautauqua County Legislator, Seventh Legislative District, Appellant, v CHAUTAUQUA COUNTY BOARD OF ELECTIONS et al., Respondents, and NORMAN P. GREEN, Appellant.

Submitted January 25, 2010; decided February 11, 2010

Motion by Leon H. Beightol for leave to appeal denied as unnecessary (*see* CPLR 5601 [a]). Motion by Leon H. Beightol for a stay granted. Motion by Norman P. Green for leave to appeal denied as unnecessary (*see* CPLR 5601 [a]).

[925 NE2d 576, 898 NYS2d 538]

The People of the State of New York, Appellant, v Thomas Edwards, Jr., Respondent.

Decided February 16, 2010

**APPEARANCES OF COUNSEL**

*Frank A. Sedita, III, District Attorney,* Buffalo (*Michael J. Hillery* of counsel), for appellant.